UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALLEN W. NAGEL, et *al.,*<br><br>　　　　　　　　Defendants. | Case No. 4:12-cr-00180-BLW<br><br>**ORDER CONTINUING TRIAL AND TRIAL READINESS CONFERENCE** |

　　　　Defendants Allen Nagel, Joshua Becker, Gary Nagel, Stephanie Nagel and Joshua Cserepes were arraigned on a Superseding Indictment on September 6, 2012. Trial is currently set for September 17, 2012. Co-defendant Shyloh Becker was added as a new defendant in the Superseding Indictment, and is scheduled to be arraigned on September 27, 2012. The speedy trial clock involving multiple defendants begins to run with the most recently added defendant. *U.S. v. King*, 483 F.3d 969, 972-74 (9th Cir. 2007).

　　　　Moreover, trial for a defendant shall not commence less than thirty days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed *pro se*. 18 U.S.C. § 3161(c)(2). Thus, Shyloh Becker's trial cannot commence before October 27, 2012. Additionally, Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no

motion for severance has been granted." No motion for severance has been filed. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the present trial date for all defendants be VACATED, and that a new trial be set for **November 5, 2012 at 1:30 p.m.** in the U.S. Courthouse in Pocatello, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(c)(2) and (h)(6), and *U.S. v. King*, 483 F.3d 969, 972-74 (9th Cir. 2007).

IT IS FURTHER ORDERED that the current trial readiness conference for Defendant Sanchez be VACATED, and that a new trial readiness conference be conducted by telephone on **October 24, 2012 at 4:00 p.m.** The Government shall place the call to (208) 334-9145 with opposing counsel on the line.

DATED: **September 7, 2012**

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER - 2**