UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:12-cr-00180-BLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AMENDED PRELIMINARY** |
| vs. | ) | **ORDER OF FORFEITURE** |
| | ) | **AND SUBSTITUTION OF** |
| ALLEN W. NAGEL, | ) | **RES** |
| JOSHUA BECKER, and | ) | |
| JOSHUA CSEREPES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

This matter having come before the Court on Plaintiff's Motion for Amended

Preliminary Order of Forfeiture and Substitution of *Res* (Dkt. 162), and based upon

the record and filings herein, and the Rule 11 Plea Agreements of ALLEN W.

NAGEL, JOSHUA BECKER, and JOSHUA CSEREPES (all filed under seal), by

which the defendants pled guilty to violations of 21 U.S.C. §§ 846 and 863(a)(1)

(CSEREPES) and 18 U.S.C. § 1956(h) (NAGEL and BECKER), said pleas

AMENDED PRELIMINARY ORDER OF FORFEITURE - 1

providing for forfeiture of any and all interests the defendants possessed in the

Subject Property pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 863(c), and 18

U.S.C. § 982(a)(1), respectively;

NOW, THEREFORE, THE COURT ORDERS that the United States'

Motion for Amended Preliminary Order of Forfeiture and Substitution of *Res* (Dkt.

162) is GRANTED and the defendants shall forfeit to the United States any property

involved in or used in commission of the defendants' violations of 21 U.S.C. §§ 846

and 863(a)(1) and 18 U.S.C. § 1956(h), to include, but not be limited to, the

following property (hereinafter "Subject Property"):

**Subject Property**:

A.    Cash Proceeds:   The sum of at least $400,000 in United States

currency and all interest and proceeds traceable thereto, in that such sum in

aggregate is property which constituted proceeds of the offenses of conviction.

B.    Real Property and Proceeds thereof:    All right, title and interest in land

and appurtenances and improvements, including buildings and residences, and

proceeds of sale thereof, more fully described below:

1.    Proceeds in the approximate amount of $80,000.00 from the sale

of the real property located at 3295 Longbow Road, Twin Falls, Twin Falls

County, Idaho, being parcel number RPO84520010250, and more particularly

AMENDED PRELIMINARY ORDER OF FORFEITURE - 2

described as follows:

>LOT 25 IN BLOCK 1 OF TERRACE GARDENS SUBDIVISION PHASE 2 ACCORDING TO THE OFFICIAL PLAT THEREOF, FILED IN BOOK 17 OF PLATS AT PAGE(S) 33, RECORDS OF TWIN FALLS COUNTY, IDAHO.

2.      All of that certain parcel of land located in Twin Falls County, Idaho, being parcel number RPT3481004000K, and more particularly described as:

>PARCEL 1:

>THE SOUTH 50 FEET OF THE WEST 130.7 FEET OF BLOCK 4, ALSO REFERRED TO AS LOT 4, MOORMAN 1ST ADDITION, TWIN FALLS COUNTY, IDAHO, ACCORDING TO THE OFFICIAL PLAT THEREOF RECORDED IN BOOK 1 OF PLATS, PAGE 35, RECORDS OF TWIN FALLS COUNTY, IDAHO.

>EXCEPTING THEREFROM THE FOLLOWING DESCRIBED PARCEL:

>A PARCEL OF LAND FOR ROAD RIGHT-OF-WAY PURPOSES BEING GENERALLY DESCRIBED AS THE WEST 5.690M (18.67 FEET) OF THE SOUTH 15.24M (50.00 FEET) THE WEST 39.837 M (130.7 FEET), OF BLOCK 4, SAID MOORMAN 1ST ADDITION, AND MORE SPECIFICALLY DESCRIBED AS FOLLOWS:

>COMMENCING AT THE SOUTHWEST CORNER OF SECTION 9, TOWNSHIP 10 SOUTH, RANGE 17 EAST, BOISE MERIDIAN, SAID CORNER BEING AT PROJECT STATION 0+00.000M AND LOCATED SOUTH 0°00'00" WEST 822.667M (2699.04 FEET) FROM THE WEST QUARTER CORNER OF SAID SECTION 9 AT PROJECT STATION 8+22.667M;

AMENDED PRELIMINARY ORDER OF FORFEITURE - 3

THENCE NORTH 0°00'00" EAST 325.737M (1068.69 FEET) ALONG THE WEST BOUNDARY OF SECTION 9 AND THE CENTERLINE OF WASHINGTON STREET NORTH TO CENTERLINE STATION 3+25.737M;

THENCE ON A BEARING OF NORTH 89°34'37" EAST A DISTANCE OF 7.62M (25.00 FEET) TO THE NORTHWEST CORNER OF SAID PARCEL AT CENTERLINE STATION 3+25.793M; 7.620M (25.00 FEET) RIGHT AND BEING THE REAL POINT OF BEGINNING.

THENCE FROM THIS REAL POINT OF BEGINNING AND ALONG THE NORTH BOUNDARY OF SAID PARCEL ON BEARING OF NORTH 89°34'37" EAST A DISTANCE OF 5.690M (18.67 FEET) TO THE CENTERLINE STATION 3+25.835M; 13.310M (43.67 FEET) RIGHT AND THE NEW EASTERLY RIGHT-OF-WAY BOUNDARY OF WASHINGTON STREET NORTH;

THENCE ALONG THE NEW EASTERLY RIGHT-OF-WAY OF WASHINGTON STREET NORTH ON A BEARING OF SOUTH 0°00'00" WEST A DISTANCE OF 15.240M (50.00 FEET) TO THE SOUTHERLY BOUNDARY OF SAID PARCEL AT CENTERLINE STATION 3+10.595M; 13.310M (43.67 FEET) RIGHT;

THENCE ALONG THE SOUTHERLY BOUNDARY OF SAID PARCEL ON A BEARING OF SOUTH 89°34'37" WEST A DISTANCE OF 5.690 M (18.67 FEET) TO THE SOUTHWEST CORNER OF SAID PARCEL AT CENTERLINE STATION 3+10.553M; 7.620M (25.00 FEET) RIGHT;

THENCE ALONG THE WESTERLY BOUNDARY OF SAID PARCEL ON A BEARING NORTH 0°00'00" EAST A DISTANCE OF 15.240 M (50.00 FEET) TO THE REAL POINT OF BEGINNING.

AMENDED PRELIMINARY ORDER OF FORFEITURE - 4

PARCEL 3:

THE NORTH 50 FEET OF THE SOUTH 100 FEET OF THE WEST
130.7 FEET OF BLOCK 4, ALSO REFERRED TO AS LOT 4,
MOORMAN 1ST ADDITION,

TWIN FALLS COUNTY, IDAHO, ACCORDING TO THE
OFFICIAL PLAT THEREOF RECORDED IN BOOK 1 OF PLATS,
PAGE 35, RECORDS OF TWIN FALLS COUNTY, IDAHO.

EXCEPTING THEREFROM THE FOLLOWING PARCEL:

A PARCEL OF LAND FOR ROAD RIGHT-OF-WAY PURPOSES
BEING GENERALLY DESCRIBED AS THE WEST 5.690M (18.67
FEET) OF THE NORTH 15.240M (50.00 FEET) OF THE SOUTH
30.480M (100.00 FEET) OF THE WEST 39.837M (130.7 FEET) OF
BLOCK 4, SAID MOORMAN 1ST ADDITION, AND BEING
MORE SPECIFICALLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SECTION 9,
TOWNSHIP 10 SOUTH, RANGE 17 EAST, BOISE MERIDIAN,
SAID CORNER BEING AT PROJECT STATION 0+00.00M AND
LOCATED SOUTH 0º00'00" WEST, 822.667M (2699.04 FEET)
FROM THE WEST QUARTER CORNER AT PROJECT STATION
8+22.67M OF SAID SECTION 9; THENCE ON A BEARING OF
NORTH 0º00'00" EAST A DISTANCE OF 340.977M (1118.69
FEET) ALONG THE WEST BOUNDARY OF SECTION 9 AND
THE CENTERLINE OF WASHINGTON STREET NORTH TO
CENTERLINE STATION 3+40.977M; THENCE ON A BEARING
OF NORTH 89º34'37" EAST A DISTANCE OF 7.620M (25.00
FEET) TO THE NORTHWEST CORNER OF SAID PARCEL AT
THE CENTERLINE STATION 3+41.033M; 7.620M (25.00 FEET)
RIGHT AND BEING THE REAL POINT OF BEGINNING;

THENCE FROM THIS REAL POINT OF BEGINNING AND
ALONG THE NORTH BOUNDARY OF SAID PARCEL ON
BEARING OF NORTH 89º34'37" EAST A DISTANCE OF 5.690M

AMENDED PRELIMINARY ORDER OF FORFEITURE - 5

(18.67 FEET) TO CENTERLINE STATION 3+41.075M; 13.310M
(43.67 FEET) RIGHT AND THE NEW EASTERLY
RIGHT-OF-WAY BOUNDARY OF WASHINGTON STREET
NORTH;

THENCE ALONG THE NEW EASTERLY RIGHT-OF-WAY OF
WASHINGTON STREET NORTH ON A BEARING OF SOUTH
0º00'00" WEST A DISTANCE OF 15.240M (50.00 FEET) TO THE
SOUTHERLY BOUNDARY OF SAID PARCEL AT CENTERLINE
STATION 3+25.835M; 13.310M (43.67 FEET) RIGHT;

THENCE ALONG THE SOUTHERLY BOUNDARY OF SAID
PARCEL ON A BEARING OF SOUTH 89º34'37" WEST A
DISTANCE OF 5.690M (18.67 FEET) TO THE SOUTHWEST
CORNER OF SAID PARCEL AT CENTERLINE STATION
3+25.793M; 7.620M (25.00 FEET) RIGHT;

THENCE ALONG THE WESTERLY BOUNDARY OF SAID
PARCEL ON A BEARING OF NORTH 0º00'00" EAST A
DISTANCE OF 15.240M (50.00 FEET) TO THE REAL POINT OF
BEGINNING.

PARCEL 4:

THE NORTH 50 FEET OF THE SOUTH 150 FEET OF THE WEST
130.7 FEET OF BLOCK 4, ALSO REFERRED TO AS LOT 4,
MOORMAN 1ST ADDITION, TWIN FALLS COUNTY, IDAHO,
ACCORDING TO THE OFFICIAL PLAT THEREOF RECORDED
IN BOOK 1 OF PLATS, PAGE 35, RECORDS OF TWIN FALLS
COUNTY, IDAHO.

EXCEPTING THEREFROM THE FOLLOWING PARCEL:

A PARCEL OF LAND FOR ROAD RIGHT-OF-WAY PURPOSES
BEING GENERALLY DESCRIBED AS AN IRREGULAR PARCEL
ADJACENT TO AND ALONG THE WEST BOUNDARY OF THE
NORTH 12.240M (50.00 FEET) OF THE SOUTH 45.720M (150.00

AMENDED PRELIMINARY ORDER OF FORFEITURE - 6

FEET) OF THE WEST 39.837M (130.7 FEET) OF BLOCK 4 OF SAID MOORMAN 1ST ADDITION, AND BEING MORE SPECIFICALLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SECTION 9, TOWNSHIP 10 SOUTH, RANGE 17 EAST, BOISE MERIDIAN, SAID CORNER BEING AT PROJECT STATION 0+00.000M AND LOCATED SOUTH 0º00'00" WEST 822.667M (2699.04 FEET) FROM THE WEST QUARTER CORNER AT PROJECT STATION 8+22.667M OF SAID SECTION 9;

THENCE ON A BEARING OF NORTH 0º00'00" EAST A DISTANCE OF 356.21M (1168.69 FEET) ALONG THE WEST BOUNDARY OF SECTION 9 AND THE CENTERLINE OF WASHINGTON STREET NORTH TO CENTERLINE STATION 3+56.217M;

THENCE ON A BEARING OF 89º34'37" EAST A DISTANCE OF 7.620M (25.00 FEET) TO THE NORTHWEST CORNER OF SAID PARCEL AT CENTERLINE STATION 3+56.273M; 7.620M (25.00 FEET) RIGHT AND BEING THE REAL POINT OF BEGINNING;

THENCE FROM THIS REAL POINT OF BEGINNING AND ALONG THE NORTH BOUNDARY OF SAID PARCEL ON BEARING OF NORTH 89º34'37" EAST A DISTANCE OF 6.436M (21.12 FEET) TO CENTERLINE SECTION 3+56.320M; 14.056M (46.12 FEET) RIGHT AND THE NEW EASTERLY RIGHT-OF-WAY BOUNDARY OF WASHINGTON STATE NORTH;

THENCE ALONG THE NEW EASTERLY RIGHT-OF-WAY OF WASHINGTON STREET NORTH ON A BEARING OF SOUTH 3º03'09" WEST A DISTANCE OF 14.004M (45.95 FEET) AT CENTERLINE STATION 3+42.336M 13.310M (43.67 FEET) RIGHT;

THENCE CONTINUING ALONG THE NEW EASTERLY

AMENDED PRELIMINARY ORDER OF FORFEITURE - 7

RIGHT-OF-WAY OF WASHINGTON STREET NORTH ON A
BEARING OF SOUTH 0º00'00" WEST A DISTANCE OF 1.261M
(4.14 FEET) TO THE SOUTHERLY BOUNDARY OF SAID
PARCEL AT CENTERLINE STATION 3+41.075M; 13.310M (43.67
FEET) RIGHT;

THENCE ALONG THE SOUTHERLY BOUNDARY OF SAID
PARCEL ON A BEARING OF SOUTH 89º34'37" WEST A
DISTANCE OF 5.690M (18.67 FEET) TO THE SOUTHWEST
CORNER OF SAID PARCEL AT CENTERLINE STATION
3+41.033M; 7.620M (25.00 FEET) RIGHT;

THENCE ALONG THE WESTERLY BOUNDARY OF SAID
PARCEL ON A BEARING OF NORTH 0º00'00" EAST A
DISTANCE OF 15.240M (50.00 FEET) TO THE REAL POINT OF
BEGINNING.

TO HAVE AND TO HOLD THE SAID PREMISES, WITH THEIR
APPURTANANCE UNTO THE SAID GRANTEE AND THE
GRANTEE'S HEIRS AND ASSIGNS FOREVER.   AND THE SAID
GRANTOR DOES HEREBY COVENANT TO AND WITH THE
SAID GRANTEE, THAT THE GRANTOR IS THE OWNER IN FEE
SIMPLE OF SAID PREMISES; THAT THEY ARE FREE FROM
ALL ENCUMBRANCES EXCEPT AS DESCRIBED ABOVE; AND
THAT GRANTOR WILL WARRANT AND DEFEND THE SAME
FROM ALL LAWFUL CLAIMS WHATSOEVER.

    3.      All of that certain parcel of land located at 246 W. Washington

Street N., Twin Falls, Twin Falls County, Idaho, being parcel number

RPT4741002007B, and more particularly described as:

LOT 7, BLOCK 2, SCHURGER'S SUBDIVISION, TWIN FALLS
COUNTY, IDAHO, ACCORDING TO THE OFFICIAL PLAT
THEREOF RECORDED IN BOOK 4 OF PLATS, PAGE 17,
RECORDS OF TWIN FALLS COUNTY, IDAHO.

AMENDED PRELIMINARY ORDER OF FORFEITURE - 8

EXCEPTING THEREFROM THE FOLLOWING PARCEL:

A PARCEL OF LAND FOR ROAD RIGHT-OF-WAY PURPOSES
BEING GENERALLY DESCRIBED AS THE WEST 4.166M (13.67
FEET) OF LOT 7, BLOCK 2, SAID SCHURGER'S SUBDIVISION,
AND BEING MORE SPECIFICALLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SECTION 9,
TOWNSHIP 10 SOUTH, RANGE 17 EAST, BOISE MERIDIAN,
SAID CORNER BEING AT PROJECT STATION 0+00.000M AND
LOCATED SOUTH 0°00'00" WEST 822.667M (2699.04 FEET)
FROM THE WEST QUARTER CORNER OF SAID SECTION 9 AT
PROJECT STATION 8-22.667M;

THENCE ON A BEARING OF NORTH 0°00'00" EAST A
DISTANCE OF 310.497M (1018.69 FEET) ALONG THE WEST
BOUNDARY OF SECTION 9 AND THE CENTERLINE OF
WASHINGTON STREET NORTH TO CENTERLINE STATION
3+10.497M;

THENCE ON A BEARING OF NORTH 89°34'37" EAST, A
DISTANCE OF 9.144M (30.00 FEET) TO THE NORTHWEST
CORNER OF SAID LOT 7, BLOCK 2, AT CENTERLINE STATION
3+10.564M; 9.144M (30.00 FEET) RIGHT AND BEING THE REAL
POINT OF BEGINNING;

THENCE FROM THIS REAL POINT OF BEGINNING AND
ALONG THE NORTH BOUNDARY OF SAID LOT 7 ON
BEARING OF NORTH 89°34'37" EAST A DISTANCE OF 4.166M
(13.67 FEET) TO CENTERLINE STATION 3+10.595M; 13.310M
(43.67 FEET) RIGHT AND THE NEW EASTERLY
RIGHT-OF-WAY BOUNDARY OF WASHINGTON STREET
NORTH;

THENCE ALONG THE NEW EASTERLY RIGHT-OF-WAY OF
WASHINGTON STREET NORTH ON A BEARING OF SOUTH

AMENDED PRELIMINARY ORDER OF FORFEITURE - 9

0º00'00" WEST A DISTANCE OF 15.240M (50.00 FEET) TO THE
SOUTHERLY BOUNDARY OF SAID LOT 7 AT CENTERLINE
STATION 2+95.355M; 13.310M (43.67 FEET) RIGHT;

THENCE ALONG THE SOUTHERLY BOUNDARY OF SAID LOT
7 ON A BEARING OF SOUTH 89º34'37" WEST A DISTANCE OF
4.166M (13.67 FEET) TO THE SOUTHWEST CORNER OF SAID
LOT 7 AT CENTERLINE STATION 2+95.324M; 9.144 M (30.00
FEET) RIGHT;

THENCE ALONG THE WESTERLY BOUNDARY OF SAID LOT 7
ON A BEARING OF NORTH 0º 00'00" EAST A DISTANCE OF
15.240M (50.00 FEET) TO THE REAL POINT OF BEGINNING.

4.      Proceeds in the approximate amount of $4,500.00 from the sale

of the real property located at 1440 Blue Lakes Blvd., Twin Falls, Twin Falls

County, Idaho, being parcel number RPT4281001001A, and more

particularly described as:

LOTS 1 AND 2 AND THE WEST 12 FEET OF LOT 3 IN BLOCK 1
OF PLEASANT ACRES SUBDIVISION, ACCORDING TO THE
OFFICIAL PLAT THEREOF, FILED IN BOOK 7 OF PLATS AT
PAGE(S) 39 OFFICIAL RECORDS OF TWIN FALLS COUNTY,
IDAHO.

5.      All of that certain parcel of land located at 287 Washington St.,

Twin Falls, Twin Falls County, Idaho, being parcel number

RPT1401000019A, and more particularly described as:

A PORTION OF LOT 19, DELONG ADDITION, TWIN FALLS
COUNTY, IDAHO, ACCORDING TO THE OFFICIAL PLAT
THEREOF RECORDED IN BOOK 1 OF PLATS, PAGE 57,

AMENDED PRELIMINARY ORDER OF FORFEITURE - 10

RECORDS OF TWIN FALLS COUNTY, IDAHO, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

THE NORTH 175 FEET OF THE EAST 100 FEET OF SAID LOT 19;

EXCEPT THE NORTH 25 FEET FOR ROAD RIGHT-OF-WAY PURPOSES;

AND EXCEPT A PORTION OF SAID LOT 19 FOR ROAD RIGHT-OF-WAY PURPOSES BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

THENCE SOUTH 00º00'00" EAST 25.02 FEET TO THE REAL POINT OF BEGINNING;

THENCE SOUTH 00º00'00" EAST 150.02 FEET ALONG THE EAST BOUNDARY OF SAID LOT 19;

THENCE NORTH 87º20'20" WEST 13.68 FEET ALONG THE SOUTH BOUNDARY OF THE NORTH 175 FEET OF THE EAST 100 FEET OF SAID LOT 19;

THENCE 00º00'00" EAST 90.92 FEET ALONG A LINE PARALLEL WITH THE EAST BOUNDARY OF SAID LOT 19;

THENCE NORTH 13º08'05" WEST 38.34 FEET;

THENCE NORTH 44º26'39" WEST 16.56 FEET;

THENCE ALONG A CURVE TO THE LEFT WITH A RADIUS OF 624.17 FEET, A LENGTH OF 66.15 FEET, A CENTRAL ANGLE OF 06º04'20", A CHORD LENGTH OF 66.12 FEET, AND A CHORD BEARING OF NORTH 83º 59'19" WEST;

THENCE NORTH 00º00'13" WEST 7.02 FEET ALONG THE WEST BOUNDARY OF THE NORTH 175 FEET OF THE EAST 100 FEET OF SAID LOT 19;

AMENDED PRELIMINARY ORDER OF FORFEITURE - 11

THENCE SOUTH 87º20'20" EAST 99.84 FEET ALONG A LINE PARALLEL WITH THE NORTH BOUNDARY OF THE NORTH 175 FEET OF THE EAST 100 FEET OF SAID LOT 19 TO THE REAL POINT OF BEGINNING.

A.     <u>Bank Accounts/Investment Accounts/Management Accounts or</u>

<u>Proceeds Therefrom (or any funds traceable thereto):</u>

    1.     <u>Accounts held at WELLS FARGO BANK:</u>

Account No. xxxxxxxxxx2135
Owner: A&J Distribution

Account No. xxxxx7681
Owner: All State Auto Sales

Account No. xxxxx8563
Owner: Yes Auto Sales

Account No. xxxxx2633
Owner: Sterylinq

Safe Deposit Box
Addison Branch, Twin Falls, Idaho

    2.     <u>Accounts held at BANK OF AMERICA:</u>

Account Nos. xxxxxxxxxxx0134
             xxxxxxxxxxx0150
Owner: A&J Distribution

    3.     <u>Accounts held at FIRST FEDERAL SAVINGS BANK:</u>

Account No. x-xxx8915
Owner: Allen and Stephanie Nagel

AMENDED PRELIMINARY ORDER OF FORFEITURE - 12

Account No. xxxx1503
Owner: Fat Ratt Tattoo & Body Piercing

Account No. xxxx2781
Owner: Smoke-N-Head, Inc.

B.    <u>Conveyances:</u>

All right, title and interest in the following conveyances:

1.  2007 Chrysler 300C
    VIN: 2C3KA63H97H854456
    Registered Owner: In Possession of Allen Nagel

2.  1977 Ford F250 Pickup
    VIN: F26SCY72440
    Registered Owner: In Possession of Allen Nagel

3.  2006 Big Dog K-9 Cruisers Custom Motorcycle
    VIN: 5J11YBJ186W001600
    Registered Owner: In Possession of Allen Nagel

4.  2005 Hummer H2
    VIN: 5GRGN23U65H124792
    Registered Owner: In Possession of Allen Nagel

5.  Proceeds in the approximate amount of $2,636.76
    from the sale of 2013 Infiniti JX35
    VIN: 5N1AL0MMXDC305742
    Registered Owners: Joshua Becker and Shyloh Becker

6.  2006 Infiniti G35 Coupe
    VIN: JNKCV54E56M715003
    Owner: Joshua Becker

AMENDED PRELIMINARY ORDER OF FORFEITURE - 13

C.   Personal Property:

   1.   Any and All Assorted Seized Drug Paraphernalia and Equipment,

      including:

     a.   Approximately seven (7) boxes drug paraphernalia - seized from the business known as A&J Distribution (Becker), located at 15757 SW 74th Avenue, #570 and #590, Tigard, Oregon, pursuant to a Search and Seizure Warrant issued on July 24, 2012, in the District of Oregon, Case No. 12-MC-270-A-B, issued by Judge Dennis J. Hubel, and currently located at Washington County Sheriff's Office in Hillsboro, Oregon.

     b.   Approximately seventy-nine (79) boxes drug paraphernalia – seized from the business known as Fat Ratt Tattoo & Body Piercing, Inc. (Nagel), dba Fat Ratt Tattoo, located at 1440 Blue Lakes Boulevard North, Twin Falls, Idaho, pursuant to a Search and Seizure Warrant issued on July 24, 2012, in the District of Idaho, Case No. MS-12-7343-CWD, issued by Judge Candy W. Dale, and currently located at Stor-N-Lock storage facility in Boise, Idaho.

     c.   Assorted Equipment: Four (4) Heat Sealers and Mixer- seized from the business known as A&J Distribution (Becker), located at 1321 NE 76th Street, Suite A, Vancouver, Washington, pursuant to a Search and Seizure Warrant issued on July 24, 2012, in the Western District of Washington, Case No. MJ-12-5123-JRC, issued by Judge J. Richard Creatura, and currently located at DEA in Boise, Idaho.

     d.   Approximately one (1) box drug paraphernalia – seized from the business known as Darkside Glass Blowers (Cserepes), located at 2487 Kimberly Road, Suite H, Twin Falls, Idaho, pursuant to a Search and Seizure Warrant issued on July 24, 2012, in the District of Idaho, Case No. MS-12-7349-CWD, issued by Judge Candy W. Dale, and currently located at Stor-N-Lock storage

AMENDED PRELIMINARY ORDER OF FORFEITURE - 14

facility in Boise, Idaho.

e. Approximately two (2) boxes drug paraphernalia – seized from the business known as The Smoke-N-Head, located at 287 Washington Street North, Twin Falls, Idaho, pursuant to a Search and Seizure Warrant issued on July 24, 2012, in the District of Idaho, Case No. MS-12-7344-CWD, issued by Judge Candy W. Dale, and currently located at Stor-N-Lock storage facility in Boise, Idaho.

f. Approximately six (6) boxes of e-cigarettes – seized from the business known as A&J Distribution (Becker), located at 1321 NE 76th Street, Suite A, Vancouver, Washington, pursuant to a Search and Seizure Warrant issued on July 24, 2012, in the Western District of Washington, Case No. MJ-12-5123-JRC, issued by Judge J. Richard Creatura, and currently located with local law enforcement in Vancouver, Washington.

g. Approximately two (2) boxes of e-cigarette refills – seized from the business known as A&J Distribution (Becker), located at 1321 NE 76th Street, Suite A, Vancouver, Washington, pursuant to a Search and Seizure Warrant issued on July 24, 2012, in the Western District of Washington, Case No. MJ-12-5123-JRC, issued by Judge J. Richard Creatura, and currently located with local law enforcement in Vancouver, Washington.

2. <u>Seized Currency – approximate amounts</u>:

a. $3,153.00 seized currency from Smoke-N-Head

b. $4,745.82 seized currency from Fat Ratt Tattoo & Body Piercing

c. $283.30 seized from Bank of America, Acct. No. xxxxxxxxxxx0150, Owner: A&J Distribution (Becker)

d. $203,464.91 seized from Bank of America, Acct. No. xxxxxxxxxxx0134, Owner: A&J Distribution (Becker)

AMENDED PRELIMINARY ORDER OF FORFEITURE - 15

C.      Substitute Assets:   Upon a showing that any of the properties and interests described above as being subject to forfeiture, as a result of any action or omission of the defendants above named:

1.      Cannot be located upon the exercise of due diligence;

2.      Has been transferred or sold to, or deposited with, a third person;

3.      Has been placed beyond the jurisdiction of the court;

4.      Has been substantially diminished in value; or

5.      Has been commingled with other property which cannot be subdivided without difficulty; the United States shall be authorized, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the said defendant up to the value of the forfeitable properties and interest herein.

The Court has determined, based on the guilty pleas to Counts Fifteen and Seventeen of the Second Superseding Indictment, as set out in the defendants' plea agreements, that the above property is subject to forfeiture pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 863(c) and 18 U.S.C. § 982(a)(1), and that the United States has established the requisite nexus between such property and such offense.

The United States Department of Justice and/or the United States Department of Treasury (or a designee) is authorized to seize the above property and/or proceeds

AMENDED PRELIMINARY ORDER OF FORFEITURE - 16

therefrom, whether held by the defendants or by a third party, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

The United States is further authorized, pursuant to Fed. R. Crim. P. 32(b)(3) and 32.2(c)(1)(B), to conduct any discovery, including depositions, necessary to (1) identify, locate or dispose of the property ordered forfeited herein, any property traceable thereto, or any property that may be forfeited as substitute assets; and (2) to expedite ancillary proceedings related to any third party interests claimed pursuant to Section 853(n) herein.   Such discovery shall be in accordance with the Federal Rules of Civil Procedure.

The United States Department of Justice and/or the United States Department of Treasury (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

The United States shall publish on an official government internet site (http://www.forfeiture.gov) for at least thirty (30) consecutive days, notice of the order and its intent to dispose of the property in such a manner as the United States Attorney General (or a designee) may direct, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and Federal Rule of Criminal Procedure 32.2(b)(6)(C). The United States

AMENDED PRELIMINARY ORDER OF FORFEITURE - 17

may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Subject Property.

Any person, other than the above-named defendants, asserting a legal interest in the Subject Property may, within sixty (60) days of the first publication date of the notice or within thirty (30) days of receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged interest in the Subject Property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(6), and made applicable pursuant to 28 U.S.C. § 2461(c).

Any petition filed by a third party asserting an interest in the Subject Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim and the relief sought.

After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the Subject Property following the Court's disposition of all third-party interests, or, if none, following the expiration of

AMENDED PRELIMINARY ORDER OF FORFEITURE - 18

the period provided in pursuant to 21 U.S.C. § 853(n)(2), and made applicable

pursuant to 28 U.S.C. § 2461(c) for the filing of third party petitions.

Any proceeds from the sale of the Subject Property will be substituted as the

*res* in this criminal proceeding and deposited into either the United States Treasury

Suspense Account or United States Department of Justice Suspense Account.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Amended Preliminary Order of

Forfeiture shall be and hereby is final as to the defendants and shall be made part of

their sentence and included in the judgments at the time of sentencing.

This Court shall retain jurisdiction to enforce this Order, and to amend it as

necessary, pursuant to Fed. R. Crim. P. 32.2(e).

DATED: August 28, 2013

B. Lynn Winmill
Chief Judge
United States District Court

AMENDED PRELIMINARY ORDER OF FORFEITURE - 19